1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:     (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          NO. CV15-02069 SLM

            Plaintiff,
12                                   **JUDGMENT ON DEFAULT**
        v.
13
   ANDRIA E. HARDY
14 aka ANDRIA HARDY
   aka ANDRIA ELIZABETH HARDY,
15
            Defendant.
16 _____/

17      In the above entitled action, the defendant ANDRIA E. HARDY aka ANDRIA HARDY

18 aka ANDRIA ELIZABETH HARDY having been duly served with the Summons and a copy

19 of the Complaint in the action, and the defendant having failed to appear, answer, plead, or

20 otherwise defend in the action within the time allowed by law, or at all, and default having

21 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

22 a sum certain and for interest which can by computation be made certain and for costs; and

23 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

24 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

25 prayer of the Complaint, and also setting forth that defendant is not an infant or

26 incompetent person or in the military service of the United States within the meaning of the

27 Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'

28 and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and

1  praying that Judgment be entered herein.

2      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

3      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of

4  and from the defendant, ANDRIA E. HARDY aka ANDRIA HARDY aka ANDRIA

5  ELIZABETH HARDY, the sum of $73,903.05 as principal, interest, attorney fees, and costs,

6  plus interest in the amount of $4.83 per day from June 23, 2015, to the date of entry of the

7  judgment, plus post judgment interest thereafter at the current legal rate per annum,

8  pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually

9  pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered

10 accordingly.

12 JUDGMENT ENTERED:  6/25/2015

RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk Mark Romyn